IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMMY L. FENLEY, individually and on behalf of all persons similarly situated, | § § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:15-CV-00259 |
| v. | § § | |
| APPLIED CONSULTANTS, INC., | § § § | |
| Defendant. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM JOHN BUX

William John Bux ("Mr. Bux"), undersigned outside counsel for Defendant Applied Consultants, Inc., hereby moves that Mr. Bux be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Applied Consultants, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Mr. Bux filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                        Respectfully submitted,

                                        **LOCKE LORD LLP**

Dated March 27, 2015
                                        /s/ William John Bux
                                        William J. Bux
                                        Texas State Bar. ID No. 03546400
                                        Southern District of Texas ID No. 7396
                                        600 Travis Street, Suite 2800
                                        Houston, TX 77002
                                        Telephone - (713) 226-1200
                                        Facsimile – (713) 223-3717

                                        Counsel for Defendant

{CLIENT WORK/38436/0000 H1088318:1}

# CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2015, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of William John Bux was filed via the Electronic Case Filing (ECF) System which will forward notification of said filing to the following counsel of record:

Shanon J. Carson, Esq.
Sarah R. Schalman-Bergen, Esq.
Alexandra L. Koropey, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
***Attorneys for Plaintiff***

/s/ William John Bux
William J. Bux