## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMMY L. FENLEY,<br>individually and on behalf<br>of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  2:15-CV-00259 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL R. ABRAMS

　　Michael R. Abrams ("Mr. Abrams"), undersigned outside counsel for Defendant Applied Consultants, Inc., hereby moves that Mr. Abrams be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Applied Consultants, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

　　In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Mr. Abrams filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 27, 2015

　　　　　　　　　　　　　　　　　　　　/s Michael R. Abrams_____
　　　　　　　　　　　　　　　　　　　　Michael R. Abrams
　　　　　　　　　　　　　　　　　　　　Texas State Bar. ID No. 24087072
　　　　　　　　　　　　　　　　　　　　Southern District of Texas ID No. 2513900
　　　　　　　　　　　　　　　　　　　　Locke Lord LLP
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002

　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2015, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Michael R. Abrams was filed via the Electronic Case Filing (ECF) System which will forward notification of said filing to the following counsel of record:

Shanon J. Carson, Esq.
Sarah R. Schalman-Bergen, Esq.
Alexandra L. Koropey, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
***Attorneys for Plaintiff***

*/s Michael R. Abrams* _____
Michael R. Abrams

{CLIENT WORK/38436/0000 H1088321:1}