# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMMY L. FENLEY, individually and on behalf of all persons similarly situated, | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:15-CV-00259 |
| v. | § § | |
| APPLIED CONSULTANTS, INC., | § § § | |
| Defendant. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SARA C. LONGTAIN

Sara C. Longtain ("Ms. Longtain"), undersigned outside counsel for Defendant Applied Consultants, Inc., hereby moves that Ms. Longtain be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Applied Consultants, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Ms. Longtain filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: April 15, 2015

/s Sara C. Longtain_____
Sara C. Longtain
Texas State Bar. ID No. 24052173
Southern District of Texas ID No. 891047
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002

Outside Counsel for Defendant

HOU:9900001/00000:1783516v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMMY L. FENLEY,<br>individually and on behalf<br>of all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>　　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:15-CV-00259 |

## ORDER

AND NOW, this ____ day of _____, 2015, upon consideration of the foregoing Motion for Admission Pro Hac Vice of Sara C. Longtain, filed on behalf of Defendant Applied Consultants, Inc., it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED and outside counsel will be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____, J.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 15, 2015, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Sara C. Longtain was filed via the Electronic Case Filing (ECF) System which will forward notification of said filing to the following counsel of record:

Shanon J. Carson, Esq.
Sarah R. Schalman-Bergen, Esq.
Alexandra L. Koropey, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
***Attorneys for Plaintiff***

/s Sara C. Longtain
Sara C. Longtain