IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>Defendant. | Civil Action No. 2:15-CV-00259-MRH<br><br>Judge Mark R. Hornak<br><br>ELECTRONICALLY FILED |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PHILLIP H. WANG

Phillip H. Wang, undersigned counsel for Defendant Applied Consultants, Inc., hereby moves that Phillip H. Wang be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission Pro Hac Vice of Phillip H. Wang filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

By: /s/ Phillip H. Wang
Phillip H. Wang, Esquire
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Phone: (212) 335-4858
Email: phillip.wang@dlapiper.com

Dated: April 30, 2015.    Counsel for Defendant Applied Consultants, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>Defendant. | **Civil Action No. 2:15-CV-00259-MRH**<br><br>**Judge Mark R. Hornak**<br><br>**ELECTRONICALLY FILED** |

## AFFIDAVIT OF PHILLIP H. WANG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Phillip H. Wang, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Applied Consultants, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Phillip H. Wang, being duly sworn, do hereby depose and say as follows:

1. I am an Associate with the law firm of DLA Piper LLP (US).

2. My business address 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104.

3. I am a member of good standing of the bar of the State of New York.

4. My bar identification number 4322376.

5. A current certificate of good standing from the Appellate Division of the Supreme Court of the State of New York is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: April 30, 2015.                    /s/ Phillip H. Wang
                                          Phillip H. Wang

# EXHIBIT A

Case 2:15-cv-00259-MRH   Document 24   Filed 04/30/15   Page 4 of 6

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PHILLIP H. WANG

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 9, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 29, 2015

_____
Clerk of the Court

7545

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>     Defendant. | Civil Action No. 2:15-CV-00259-MRH<br><br>**Judge Mark R. Hornak**<br><br>**ELECTRONICALLY FILED** |

## ORDER

AND NOW, this _____ day of _____, 2015, it is hereby ORDERED AND DECREED that Phillip H. Wang is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

                BY THE COURT

                _____

                                J.