IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>Defendant. | Civil Action No. 2:15-CV-00259-MRH<br><br>Judge Mark R. Hornak<br><br>ELECTRONICALLY FILED |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RACHEL B. COWEN

Rachel B. Cowen, undersigned counsel for Defendant Applied Consultants, Inc., hereby moves that Rachel B. Cowen be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission Pro Hac Vice of Rachel B. Cowen filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                  Respectfully submitted,

                                                  By: /s/ Rachel B. Cowen
                                                  Rachel B. Cowen, Esquire
                                                  **DLA PIPER LLP (US)**
                                                  203 North LaSalle Street, Suite 1900
                                                  Chicago, Illinois 60601-1293
                                                  Phone: (312) 368-7044
                                                  Email: rachel.cowen@dlapiper.com

Dated: May 6, 2015.                         Counsel for Defendant Applied Consultants, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>Defendant. | Civil Action No. 2:15-CV-00259-MRH<br><br>Judge Mark R. Hornak<br><br>ELECTRONICALLY FILED |

### AFFIDAVIT OF RACHEL B. COWEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Rachel B. Cowen, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Applied Consultants, Inc. in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Rachel B. Cowen, being duly sworn, do hereby depose and say as follows:

1. I am a Partner with the law firm of DLA Piper LLP (US).

2. My business address is 203 North LaSalle Street, Suite 1900, Chicago, Illinois 60601-1293.

3. I am a member of good standing of the bar of the State of Illinois.

4. My bar identification number is 06217360.

5. A current certificate of good standing from the Supreme Court of Illinois is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: May 6, 2015                          /s/ Rachel B. Cowen
                                            Rachel B. Cowen

# Exhibit A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Rachel Beth Cowen

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1993 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, April 29, 2015.

*Carolyn Taft Grosboll*
Clerk