## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **TOMMY L. FENLEY, individually and on behalf of all others similarly situated,** | : | **Civil Action No.: 2:15-CV-00259-MRH** |
|  | : |  |
| **Plaintiff,** | : | **Judge Mark R. Hornak** |
|  | : |  |
| **v.** | : |  |
|  | : | **ELECTRONICALLY FILED** |
| **APPLIED CONSULTANTS, INC.,** | : |  |
|  | : |  |
| **Defendant.** | : |  |
|  | : |  |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
### FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this __29th__ day of __February__, 20__16__, upon consideration of

Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court

grants Plaintiff's Motion and ORDERS as follows:

1.    The Parties' Settlement Agreement is preliminarily approved as fair, reasonable

and adequate pursuant to FED. R. CIV. P. 23(e), and a fair and reasonable resolution of a *bona*

*fide* dispute under the Fair Labor Standards Act;

2.    For settlement purposes, the following Settlement Class is preliminarily certified

pursuant to FED. R. CIV. P. 23, pending final approval of the settlement:

> all employees who have worked for Applied in a job paid on a daily rate basis in any
> workweeks between February 25, 2012 and the date of preliminary approval, except for
> individuals who held only jobs with titles of 'Project Manager' or containing the word
> 'Chief'; 'Administrative'; or 'Office,';

3.    Plaintiff Tommy L. Fenley is preliminarily approved as the Representative of the

Settlement Class;

4.      Berger & Montague, P.C. is preliminarily approved as Class Counsel for the Settlement Class;

5.      The Angeion Group is preliminarily approved as Settlement Administrator and the costs of settlement administration are preliminarily approved;

6.      The proposed plan of notice to the Class Members, including approving the Notices and Telephone Script attached to the Settlement Agreement as Exhibits A-D are approved, and shall be sent out pursuant to the terms of the Settlement Agreement; and

7.      The following schedule and procedures for completing the final approval process as set forth in the parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Applied to send CAFA Notice | Within ten (10) days after submission of the Settlement Agreement to the Court |
| Mailing of Class Notice | Within twenty (20) business days after the Court's Preliminary Approval Order |
| Plaintiff's Motion for Approval of Attorneys' Fees and Costs | Thirty (30) days after the Settlement Administrator initially mails the Notice |
| Deadline to submit objections or requests for exclusion | Forty-five (45) days after the Settlement Administrator initially mails the Notice |
| Plaintiff's Motion for Final Approval | Five (5) business days prior to Final Approval Hearing |
| Final Approval Hearing | At the Court's convenience, at least 100 days after the Court's Preliminary Approval Order |

8.      The Final Approval Hearing is hereby set for **June   16**      , 2016 at

**4:00**      a.m. (p.m.), in Courtroom **6A** , U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

BY THE COURT,

Honorable Mark R. Hornak
United States District Judge

2