IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED CONSULTANTS, INC.,<br><br>Defendant. | Civil Action No. 2:15-CV-00259-MRH<br><br>Judge Mark R. Hornak<br><br>ELECTRONICALLY FILED |

### [PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

Upon consideration of Plaintiff's Unopposed Motion Requesting Extension of Time to File Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, and upon good cause shown, it is ORDERED that Plaintiff shall file his Unopposed Motion for Approval of Attorneys' Fees and Costs on or before April 25, 2016.

SIGNED AND ENTERED this 19TH day of April, 2016.

_____
Honorable Mark R. Hornak
United States District Judge