## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated, | Civil Action No.: 2:15-CV-00259-MRH |
| Plaintiff, | Judge Mark R. Hornak |
| v. | |
| APPLIED CONSULTANTS, INC., | ELECTRONICALLY FILED |
| Defendant. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### APPROVAL OF ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel for Plaintiff Tommy Fenley ("Plaintiff" or "Fenley"), individually and on behalf of all others similarly situated, respectfully seek reimbursement for attorneys' fees in the amount of one-third (1/3) of the claimed portion of the Gross Settlement Amount, commensurate with the percentage of settlement checks that are signed, deposited, and/or cashed, plus 2.5%, and the payment of out-of-pocket costs incurred by Class Counsel in the amount of $20,072.46, as established by the Settlement Agreement between Plaintiff and Defendant Applied Consultants, Inc. ("Defendant" or "Applied").

This Motion is based on the accompanying Memorandum of Law, the Declaration of Shanon J. Carson, and all other records, pleadings and papers on file in this action. A proposed Order is attached for the Court's consideration.

Dated: April 25, 2016	Respectfully submitted,

/s Shanon J. Carson
Shanon J. Carson
Sarah R. Schalman-Bergen
Alexandra K. Piazza
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 25th day of April, 2016.

s/ Shanon J. Carson_____
Shanon J. Carson
