IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY L. FENLEY, individually and on behalf of all others similarly situated, | Civil Action No.: 2:15-CV-00259-MRH |
| Plaintiff, | Judge Mark R. Hornak |
| v. | |
| APPLIED CONSULTANTS, INC., | ELECTRONICALLY FILED |
| Defendant. | |

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

On this **16TH** day of **June**, 2016, the Court considered Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs. Having considered the motion, the Court is of the opinion that it should be GRANTED. Attorneys' fees are awarded in the amount of one-third (1/3) of the claimed portion of the Gross Settlement Fund, commensurate with the percentage of settlement checks that are signed, deposited, and/or cashed, plus 2.5%, to be paid pursuant to the terms of the Settlement Agreement. In addition, costs are awarded in the amount of $ **20,072.46**

Dated this **16TH** day of **June**, 2016.

BY THE COURT,

_____
Honorable Mark R. Hornak
United States District Judge